UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iWALK, INC., and MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | |
|       Plaintiffs and Counterdefendants, | Civil Action No. 12-CV-10796 NMG |
| v. | |
| ÖSSUR HF, and ÖSSUR AMERICAS, INC., | **JURY TRIAL DEMANDED** |
|       Defendants and Counterclaimants. | |

<u>**PLAINTIFFS' RESPONSE TO DEFENDANTS' COUNTERCLAIMS**</u>

Plaintiffs iWalk, Inc. ("iWalk") and Massachusetts Institute of Technology ("M.I.T."), by and through their attorneys, answer Defendants Össur HF and Össur Americas, Inc.'s ("Össur") Counterclaims as follows:

<u>**PARTIES, JURISDICTION AND VENUE**</u>

1.     Plaintiffs admit the allegations in Paragraph 1 of the Counterclaims.

2.     Plaintiffs admit the allegations in Paragraph 2 of the Counterclaims.

3.     Plaintiffs admit the allegations in Paragraph 3 of the Counterclaims.

4.     Plaintiffs admit the allegations in Paragraph 4 of the Counterclaims.

5.     No response is required to the allegations in Paragraph 5 of the Counterclaims, which are the Ossur's characterization of its claims.

6.     Plaintiffs admit the allegations in Paragraph 6 of the Counterclaims.

7.     Plaintiffs admit the allegations in Paragraph 7 of the Counterclaims.

8.      Plaintiffs admit that venue is technically proper in this Judicial District under 28 U.S.C. §§ 1391 and 1400; Plaintiffs deny the remaining allegations in Paragraph 8 of the Counterclaims.

## GENERAL ALLEGATIONS

9.      Plaintiffs admit the allegations in Paragraph 9 of the Counterclaims.

10.     Plaintiffs admit that MIT is the assignee with all right, title, and interest in the '704 patent.

11.     Plaintiffs admit that iWalk is the exclusive licensee of the '704 patent in the field of lower-leg, knee, ankle, and foot prostheses and orthoses.

12.     Plaintiffs admit the allegations in Paragraph 12 of the Counterclaims.

13.     Plaintiffs deny the allegations in Paragraph 13 of the Counterclaims.

14.     Plaintiffs deny the allegations in Paragraph 14 of the Counterclaims.

15.     Plaintiffs admit that a conflict of asserted rights has arisen between Ossur and Plaintiffs with respect to the alleged infringement and the invalidity of the claims of the '704 patent.  Except as expressly admitted, Plaintiffs deny the remaining allegations in Paragraph 15 of the Counterclaims.

## FIRST CLAIM FOR RELIEF

16.     No response is required to the allegations in Paragraph 16 of the Counterclaims, which are Ossur's characterization of its claims.

17.     Plaintiffs incorporate by reference its responses to the allegations in paragraphs 1-15 of the Counterclaims as if set forth specifically herein.

18.     No response is required to the allegations in Paragraph 18 of the Counterclaims, which are Ossur's legal conclusions.

19.     Plaintiffs deny the allegations in Paragraph 19 of the Counterclaims.

20.     To the extent a response is required to the allegations in Paragraph 20, Plaintiffs deny that Ossur is entitled to the requested relief.

## SECOND CLAIM FOR RELIEF

21.     No response is required to the allegations in Paragraph 21 of the Counterclaims, which are Ossur's characterization of its claims.

22.     Plaintiffs incorporate by reference their responses to the allegations in Paragraphs 1-20 as if set forth specifically herein.

23.     No response is required to the allegations in Paragraph 23 of the Counterclaims, which are Ossur's legal conclusions.

24.     Plaintiffs deny the allegations in Paragraph 24 of the Counterclaims.

25.     To the extent a response is required to the allegations in Paragraph 25, Plaintiffs deny that Ossur is entitled to the requested relief.

## DEMAND FOR JUDGMENT

This section of the Counterclaims constitutes Ossur's demands for judgment and relief, which do not require a response. To the extent that this section may be deemed to allege any facts or any factual or legal entitlements to the relief requested, Plaintiffs deny each and every such allegation. Specifically, Plaintiffs deny that Ossur is entitled to any of the requested relief.

## JURY DEMAND

Plaintiffs join in Ossur's request for a trial by jury on all issues presented herein.

Dated:  August 8, 2012                        Respectfully submitted,


                                              /s/ Christopher C. Campbell
                                              _____
                                              COOLEY LLP
                                              Robert B. Lovett (No. 561691)
                                              rlovett@cooley.com
                                              Karen L. Burhans (No. 679017)
                                              kburhans@cooley.com
                                              500 Boylston Street
                                              Boston, MA 02116-3736
                                              Telephone:   (617) 937-2300
                                              Facsimile:   (617) 937-2400

                                              Thomas J. Friel (*pro hac vice*)
                                              tfriel@cooley.com
                                              101 California Street, 5th Floor
                                              San Francisco, CA  94111-5800
                                              Telephone:   (415) 693-2000
                                              Facsimile:   (415) 693-2222

                                              Christopher C. Campbell (*pro hac vice*)
                                              ccampbell@cooley.com
                                              Stephen Smith (*pro hac vice*)
                                              stephen.smith@cooley.com
                                              One Freedom Square
                                              Reston Town Center
                                              11951 Freedom Drive
                                              Reston, VA 20190-5656
                                              Telephone:   (703) 456-8000
                                              Facsimile:   (703) 456-8100

                                              *Attorneys for Plaintiffs M.I.T. and iWalk, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher C. Campbell, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 8th day of August, 2012.

*/s/ Christopher C. Campbell*
Christopher C. Campbell
