UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iWALK, INC. and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>        Plaintiffs and Counterdefendants,<br><br>   v.<br><br>ÖSSUR HF and ÖSSUR AMERICAS, INC.,<br><br>        Defendants and Counterclaimants. | Civil Action No. 12-CV-10796 NMG<br><br>Hon. Nathaniel M. Gorton |

## ÖSSUR'S STATUS REPORT REGARDING MEDIATION

Pursuant to the Court's instructions at the Scheduling Conference on August 8, 2012 and the "Electronic Clerk's Notes for proceedings held before Judge Nathanial M. Gorton: Scheduling Conference held on 8/8/2012" (Dkt. No. 27), Defendants and Counterclaimants ÖSSUR HF ("Össur hf") and ÖSSUR AMERICAS, INC. ("Össur Americas") (collectively, "Össur") hereby submit a status report regarding mediation.[1]

As Össur's counsel explained at the Scheduling Conference on August 8, 2012, Össur believes that the parties could likely resolve this case through arbitration or mediation. To that end, Össur has proposed that the parties agree to conduct a mediation with Magistrate Judge Marianne B. Bowler of the United States District Court for the District of Massachusetts. *See* Ex. A (attached hereto). Össur's counsel has contacted Magistrate Judge Bowler's chambers and has been informed that Judge Bowler is available to conduct a mediation on the following dates:

---

[1] While the text of Docket No. 27 appears to contemplate a joint status report regarding mediation, Plaintiffs and Counterdefendants iWALK, INC. and MASSACHUSETTS INSTITUTE OF TECHNOLOGY have not responded to Össur's written proposal regarding mediation dated October 10, 2012. Accordingly, Össur has prepared and filed this separate status report.

(1) November 14, 2012; (2) November 26, 2012; (3) December 3, 2012; (4) December 4, 2012; and (5) December 5, 2012.

On October 10, 2012, Össur's counsel sent a letter to counsel for Plaintiffs and Counterdefendants iWALK, INC. ("iWalk") and MASSACHUSETTS INSTITUTE OF TECHNOLOGY ("MIT") (collectively, "Plaintiffs") proposing that the parties agree to conduct mediation with Magistrate Judge Bowler and providing Plaintiffs' counsel with Judge Bowler's current availability for such a mediation.  Ex. A at 2.  Össur's counsel reminded Plaintiffs' counsel that the parties are required to file a status report regarding mediation with the Court on or before October 15, 2012.  *Id.*  However, as of the date and time of this filing, Össur's counsel has not received a response from Plaintiffs' counsel.

Össur continues to believe that the parties could likely resolve this case through arbitration or mediation.  Thus, Össur respectfully requests the Court's assistance in facilitating a mediation with Judge Bowler on one of the dates identified above.

Respectfully submitted,

Dated:  October 15, 2012         */s/ Brenton R. Babcock*

HAYES BOSTOCK & CRONIN LLC
Paul J. Hayes (No. 227000)
phayes@hbcllc.com
Dean G. Bostock (No. 549747)
dbostock@hbcllc.com
Paul J. Cronin (No. 641230)
pcronin@hbcllc.com
300 Brickstone Square, Suite 901
Andover, MA  01810
Telephone:   (978) 809-3850
Facsimile:    (978) 809-3869

- 3 -

        KNOBBE, MARTENS, OLSON & BEAR, LLP
        Brenton R. Babcock (admitted *pro hac vice*)
        brent.babcock@knobbe.com
        Nicholas M. Zovko (admitted *pro hac vice*)
        nicholas.zovko@knobbe.com
        David T. Okano (admitted *pro hac vice*)
        david.okano@knobbe.com
        2040 Main Street, 14th Floor
        Irvine, CA  92614
        Telephone:    (949) 760-0404
        Facsimile:     (949) 760-9502

        Attorneys for Defendants and Counterclaimants
        ÖSSUR HF and ÖSSUR AMERICAS, INC.

# **CERTIFICATE OF SERVICE**

I, Brenton R. Babcock, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on August 2, 2012:

>
> Robert B. Lovett
> Karen L. Burhans
> COOLEY LLP
> 500 Boylston Street
> Boston, MA 02116-3736
> rlovett@cooley.com
> kburhans@cooley.com
>
> Thomas J. Friel
> COOLEY LLP
> 101 California Street, 5th Floor
> San Francisco, CA 94111-5800
> tfriel@cooley.com
>
> Christopher C. Campbell
> Stephen Smith
> Scott Cole
> Alana Martinez
> COOLEY LLP
> One Freedom Square
> 11951 Freedom Drive
> Reston, VA 20190-5656
> ccampbell@cooley.com
> stephen.smith@cooley.com
> scole@cooley.com
> amartinez@cooley.com

*/s/ Brenton R. Babcock*
Brenton R. Babcock

14141894