UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iWALK, INC. and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>          Plaintiffs<br><br>     v.<br><br>ÖSSUR HF, and ÖSSUR AMERICAS, INC.,<br><br>          Defendant | Civil Action No. 12-CV-10796 NMG<br><br>Hon. Nathanial M. Gorton |

## IWALK'S RESPONSE TO OSSUR'S STATUS REPORT REGARDING MEDIATION

Plaintiffs iWalk, Inc. and Massachusetts Institute of Technology (collectively "Plaintiffs") submit this response to Plaintiffs Ossur hf's and Ossur Americas, Inc.'s (collectively "Ossur") Status Report Regarding Mediation, which was filed with the Court on October 15, 2012. (D.I. 31). Ossur's Report was filed prematurely, as Plaintiff's counsel had not yet had an opportunity to communicate with Defendants.

Plaintiffs iWalk and MIT certainly invite the opportunity to mediate. However, Plaintiffs believe that mediation at this point in the case—a point where no discovery whatsoever has occured—is premature. iWalk and MIT would be happy to revisit the possibility of mediation once the issues in this case are more fully developed. Of course, if the Court would like the parties to engage in mediation notwithstanding that no discovery has occurred, we are prepared to participate at the Court's convenience.

Dated: October 15, 2012                                        Respectfully submitted,

/s/ Christopher C. Campbell
COOLEY LLP
Robert B. Lovett (No. 561691)
rlovett@cooley.com
Karen L. Burhans (No. 679017)
kburhans@cooley.com
500 Boylston Street
Boston, MA 02116-3736
Telephone:   (617) 937-2300
Facsimile:    (617) 937-2400

Thomas J. Friel  (admitted pro hac vice)
tfriel@cooley.com
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Christopher C. Campbell (admitted pro hac vice)
ccampbell@cooley.com
Stephen Smith
stephen.smith@cooley.com
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Telephone:   (703) 456-8000
Facsimile:    (703) 456-8100

*Attorneys for Defendant iWalk, Inc.*

**CERTIFICATE OF SERVICE**

I, Christopher C. Campbell, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on October 15, 2012.

/s/ *Christopher C. Campbell*