**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>IWALK, Inc. Et al</u>
        Plaintiff(s)

      V.                               CIVIL ACTION NOS. <u>12-CV-10796-NMG</u>

<u>OSSUR HF et al</u>
        Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Gorton

[ ]    The parties reported this case as settled prior to the mediation

**[X]**    **On <u>  9/11/13   </u> I held the following ADR proceeding**:

        _____    SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
        ___X___    MEDIATION                        _____ SUMMARY BENCH / JURY TRIAL
        _____    MINI-TRIAL                       _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]
    The parties were / were not present in person or by authorized corporate officer [except _____].
    The case was:

**[X]**    **Settled. Your clerk should enter a <u> 60 </u> day order of dismissal.**

[ ]    There was progress. Parties to contact court by July 10, 2013 regarding the status of settlement.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:


<u>9/12/13 </u>                                        <u>Marianne B. Bowler, USMJ  </u>
DATE                                              ADR Provider